IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

VS.       CR. NO. 04-20003-Ml

LAKEESHALA BLAND
    Defendant.

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on April 25, 2005, the United States Attorney for this district, Lorraine Craig, appearing for the Government and the defendant, Lakeeshala Bland, appearing in person and with counsel, Eugene Laurenzi, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1, 2 and 3 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING in this case is SET for FRIDAY, JULY 15, 2005, at 9:00 a.m., before Judge Jon Phipps McCalla.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 26 day of April, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-29-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:04-CR-20003 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT